# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

147272

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CHANNING M. McAFEE,
       Plaintiff-Appellee,

v

D&G DOLLAR ZONE, INC.,
       Defendant-Appellant,
and

SOFT LENS TECHNOLOGY, HEBRON
INTERNATIONAL, INC., MICHIGAN
WHOLESALE MART, L.L.C., SHEBAH, INC.,
and PRECISION OPTICAL PRODUCTS, L.L.C.,
       Defendants.

SC: 147272
COA: 311501
Genesee CC: 2011-095183-NP

_____/

     On order of the Court, the application for leave to appeal the May 3, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

t1021